UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOLANDA CLARICE BURROWS,

　　　　　　　　Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

　　　　　　　　Defendant.
_____/

Case No.　　12-10109

HONORABLE AVERN COHN

JUDGMENT

　　　　For the reasons stated in the Order entered on November 6, 2012 the matter is

REMANDED for further proceedings.

DAVID WEAVER

Dated: November 6, 2012　　　　By: s/Julie Owens_____
　　　　　　　　　　　　　　　Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record
on this date, November 6, 2012, by electronic and/or ordinary mail.

S/Julie Owens_____
Case Manager, (313) 234-5160